TECHNICAL RESEARCH LABORATORIES, INC., et al., Respondents, *v.* JOSEPH STEIGMAN, Appellant.

Argued January 9, 1946; decided March 7, 1946.

*Herbert D. Cohen* and *Kenneth Carroad* for appellant.
*Milton Kail* and *Jack Klaw* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.